**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**SARAVANAN RAMACHANDRAN** **PETITIONER**

**V.** **CIVIL NO. 5:26-cv-00571-DCB-BWR**

**WARDEN R. VERGARA,**
**ADAMS COUNTY CORRECTIONAL CENTER** **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 6], which recommends that Respondent's Motion to Dismiss should be granted and Petitioner Saravanvan Ramachandran ("Petitioner")'s 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot. [ECF No. 5] at 1. The basis for this recommendation is Petitioner's removal from the United States by Immigration and Customs Enforcement ("ICE") on July 31, 2026. Id.

## I. BACKGROUND

On June 26, 2026, Petitioner filed a Writ of Habeas Corpus with the Court under 28 U.S.C. § 2241. (ECF No. 1]. On July 20, 2026, Judge Rath issued an Order directing Respondent to file an answer or other responsive pleading in this cause within twenty days of service of the Order. [ECF No. 3]. On August 10, 2026, Respondent filed a Motion to Dismiss. [ECF No. 5]. Respondent provided proof that Petitioner was removed from the United States to India on July 31, 2026. [ECF No. 5-1].

On August 11, 2026, Judge Rath issued the Report, and objections were due by August 25, 2026. No party objected to the Report.

## II. STANDARD OF REVIEW

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion, and contrary to law" standard of review to the report and recommendation. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

Here, after reviewing the record, no party objected to Judge Rath's Report and Recommendation, and the period to object has lapsed. As such, the Court adopts the abuse of discretion standard in reviewing the Report.

## III. DISCUSSION

The Court, having considered Petitioner's Petition [ECF No. 1], the record, the relevant law, and Magistrate Judge Rath's Report [ECF No. 6], finds Petitioner's Petition is moot pursuant to Petitioner's removal from the United States on July 31, 2026. Therefore, Petitioner's Petition [ECF No. 1] should be dismissed without prejudice.

## IV. CONCLUSION

The Court agrees with Judge Rath's recommendation and adopts his findings and conclusions in full. The Report [ECF No. 6] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 28 day of August, 2026.

/s/David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE